960

convicted of felonies in federal courts or other states' courts?

"2. In light of the judiciary's power over the practice of law, does the application of § 51-91a in this case violate the separation of powers doctrine?

"3. Did the Appellate Court properly conclude that Practice Book §§ 28B and 28B.1 do not provide guidance for the disposition of this case."

NORCOTT, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 15853.

*Wesley W. Horton,* in support of the petition.

*Daniel B. Horwitch,* statewide bar counsel, in opposition.

Decided January 8, 1998

STATE OF CONNECTICUT *v.* FELIX RODRIGUEZ

The defendant's petition for certification for appeal from the Appellate Court, 47 Conn. App. 91 (AC 13915), is denied.

NORCOTT, J., dissenting. I would grant the defendant's petition for certification to appeal.

*Michael J. McAndrews,* special public defender, in support of the petition.

*Lisa Herskowitz,* assistant state's attorney, in opposition.

Decided January 8, 1998